UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PAULA M. LELIGDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT A. MCDONALD, ) | |
| SECRETARY, ) | Case No. 1:14-cv-02810 |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF VETERANS' AFFAIRS ) | |
| Louis Stokes Cleveland VA Medical Center ) | JUDGE DONALD C. NUGENT |
| 10701 East Boulevard, ) | |
| Cleveland, Ohio 44106 ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF JAMES D. JINDRA
PURSUANT TO 28 U.S.C. § 1746

I, James D. Jindra, make the following declaration in lieu of an affidavit, as permitted by 28 U.S.C. § 1746:

1. I occupy the position of Regional EEO Officer, Northeastern Operations, Department of Veterans Affairs.

2. I compiled all of Paula Leligdon's past EEO complaints. Her complaints are set forth in (4) EEOC cases as follows:

    a) EEOC No. 532-2012-00027X /Agency No. 200H-0541-2011102788:
Complainant filed a formal complaint of discrimination on June 23, 2011. Her complaint alleged age discrimination. This claim was accepted for investigation by the Office of Resolution Management (ORM). (Notice of Accepted Claims, attached hereto as Ex. 1). ORM's investigation was completed on November 9, 2011, and the Complainant was issued a Notice of Advisement of Rights. Complainant sought a formal hearing before an administrative EEOC judge. The administrative judge filed an Order of Dismissal on March 28, 2013, due to the Complainant's withdrawal of her EEOC complaint. (Order of Dismissal, attached hereto as Ex. 2).

b) EEOC No. 532-2013-00057X /Agency No. 200H-0541-2012103512:
Complainant's EEOC complaint, filed on July 23, 2012, and amended on September 10, 2012, alleged hostile work environment and discrimination based on age and reprisal. ORM dismissed the hostile work environment claim. Complainant sought a formal hearing before an administrative EEOC judge. On September 25, 2013, Complainant withdrew her request for a formal hearing, and, on September 27, 2013, the EEOC judge remanded the file to the Department of Veteran Affair's (VA) Office of Employment Discrimination Complaint Adjudication (OEDCA) for Final Agency Decision (FAD). On January 28, 2014, the OEDCA issued a FAD finding Complainant failed to prove discrimination as charged. (FAD, attached hereto as Ex. 3). Complainant did not file an appeal or a federal civil action.

c) Agency No. 200H-VI10-2013103868:
Complainant filed an EEO claim on August 30, 2013, alleging a hostile work environment based on reprisal. This claim was accepted by ORM. Complainant amended her claim eleven times, on November 15, 2013, January 30, 2014, March 13, 2014, May 12, 2014, June 5, 2014, June 10, 2014, July 7, 2014, July 9, 2014, August 5, 2014, August 19, 2014, and August 21, 2014, and included claims of discrimination based on reprisal as well as hostile work environment. (Notice of Eleventh Amendment, attached hereto as Ex. 4). ORM's investigation was completed on October 16, 2014. Complainant did not request a FAD or file an appeal with the EEOC, so the case was forwarded to OEDCA for a FAD. On January 12, 2015, OEDCA dismissed the complaint because it was the subject of a civil action pending in the United States District Court for the Northern District of Ohio.

d) Agency No. 200H-VI10-2015100265:
Complainant filed an EEO claim on November 26, 2014, alleging hostile work environment based on reprisal. This claim was fully accepted for investigation by ORM on January 14, 2015. (Notice of Accepted Claims, attached hereto as Ex. 5). Investigation is pending.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of March, 2015.

_____
James D. Jindra
Regional EEO Officer, Northeastern Operations
Office of Resolution Management