

**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
151 Knollcroft Road
Building 16
Lyons, NJ 07939

September 20, 2011                                    In reply refer to: 08E

VIA: United Parcel Service

Avery Friedman, Attorney
701 The City Club Building
Cleveland, OH 44114

**SUBJECT: Notice of Acceptance of the EEO Complaint for Paula Leligdon, Case No. 200H-0541-2011102788, filed June 23, 2011, against officials of the Louis Stokes Medical Center in Cleveland, Ohio**

1. On April 12, Counseling concluded on June 16, 2011, when your client was mailed[1] the *Notice of Right to File a Discrimination Complaint*, which was received on June 20, 2011. On June 23, 2011, your client filed a formal complaint of discrimination, VA Form 4939.

2. Your client's complaint of discrimination raises the following claim:

> **Whether complainant was discriminated against based on age when on March 31, 2011 she was not selected for the position of Caregiver Support Coordinator under Announcement 11-089-448929 JM.**

3. We have determined that the claim stated above meets procedural requirements and is therefore **ACCEPTED** for investigation.

4. If your client believes that the accepted claim is improperly formulated, incomplete, or incorrect, this office must receive written notice within **7 calendar days** of receipt of this letter. Any written statement of disagreement will be included in the complaint file. We will assume that the claim is correctly stated if no statement indicating otherwise is received by this office within **7 calendar days**.

5. We will assign the accepted claim to an impartial investigator under the supervision of the Office of Resolution Management (ORM). The investigator will contact you and your client directly in order to obtain information or evidence you may wish to offer. The investigator is only authorized to investigate the claim specified above.

6. Your client has additional rights that are fully explained in the enclosures to this letter.

---

[1] Complainant did not obtain representation until after counseling concluded.



GOVERNMENT EXHIBIT 1

32

7. **Failure to keep this office advised of any change of address could lead to dismissal of this complaint.** All subsequent actions on the complaint will be mailed or delivered to you with copies to the complainant, unless the complainant advises us in writing that s/he is no longer represented by you.

8. Our fax number is (908) 604-5261. If you have any questions, please contact Carolyn Wakefield, Case Manager, at 717-228-6195.

Sincerely,

James D. Jindra
Regional EEO Officer

Enclosures: Complainant Rights
Request for Hearing Form

cc:
Paula Leligdon
190 Walnut Drive
Medina, OH 44256

Susan Fuehrer, Center Director