# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CLEVELAND FIELD OFFICE
### 1240 EAST NINTH STREET, SUITE 3001
### CLEVELAND, OHIO 44199

|  |  |
|---|---|
| PAULA M. LELIGDON ) <br><br> v. ) <br> ERIC K. SHINSEKI, ) <br> SECRETARY ) <br> DEPT. OF VETERANS AFFAIRS ) | EEOC CASE NO(S): 532-2012-00027X <br><br> AGENCY NO(S): 200H-0541-2011102788 <br><br><br> DATE: MARCH 27, 2013 |

RECEIVED 2013 MAR 28 PM 1:54 VA REGIONAL COUNSEL AKRON, OH

## ORDER OF DISMISSAL

Notice is hereby given that the above captioned complaint is DISMISSED pursuant to 29 C.F.R. §§1614.109(b) for the following reason:

The Complainant has withdrawn her EEOC complaint.  (See attached)

This office will hold the report of investigation and the complaint file for sixty days, during which time the agency may arrange for their retrieval.  If we do not hear from the agency within sixty days, we will destroy our copy of these materials.

**It is so ORDERED.**

**For the Commission:**

*Elliott V. Porter*

_____
ELLIOTT V. PORTER
ADMINISTRATIVE JUDGE

GOVERNMENT EXHIBIT 2

# BEFORE THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CLEVELAND DISTRICT OFFICE
### 1240 EAST NINTH STREET, Suite 3001
### CLEVELAND, OHIO 44199

| | | |
|---|---|---|
| PAULA M. LELIGDON | ) | EEOC CASE NO(S): 532-2012-00027X |
| | ) | |
| Complainant, | ) | AGENCY NO(S): 200H-0541-2011-102788 |
| and | ) | |
| | ) | |
| ERIC K. SHINSEKI, | ) | NOTICE OF DISMISSAL |
| SECRETARY | ) | |
| DEPT. OF VETERANS AFFAIRS | ) | ELLIOTT V. PORTER |
| | ) | ADMINISTRATIVE JUDGE |
| Agency. | ) | |
| | ) | |

## COMPLAINANT PAULA M. LELIGDON'S NOTICE OF DISMISSAL

Now comes the Complainant, Paula M. Leligdon, who through her counsel, submits this

Notice of Dismissal of the above-captioned case. Each party shall assume their own costs.

Judith E. Galeano (0048366)
Merl H. Wayman (0015340)
MOWERY YOUELL & GALEANO, LTD.
425 Metro Place North, Suite 420
Dublin, Ohio 43017
Ph. (614) 764-1444
Fax. (614) 760-8654
Email: jgaleano@myglaw.com
Email: mwayman@myglaw.com
*Attorneys for Complainant,*
*Paula M. Leligdon*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served upon Lisa Marie Clark, and Patrick M. Watts,

Department of Veterans Affairs, Office of Regional Counsel (541-02), 441 Wolf Ledges

Parkway, Suite 403, Akron, Ohio  44311 by fax and U.S. Mail delivery on this 22nd day of

March, 2013.

> Judith E. Galeano (0048366)
> Merl H. Wayman (0015340)
> *Attorneys for Complainant,*
> *Paula M. Leligdon*

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing Order of Dismissal within five (5) calendar days after the date it was sent *via* first class mail. I certify that on March 27, 2013 the foregoing Order of Dismissal was sent *via* first class mail to the following:

Paula M. Leligdon
190 Walnut Drive
Medina, OH 44256

Judith E. Galeano, Esq.
Merl H. Wayman, Esq.
MOWERY, YOUELL & GALEANO, LTD
425 Metro Place North, Ste. 420
Dublin, OH 43017

Lisa M. Clark, Es.
Patrick Watts, Esq.
VA – Office of Regional Counsel
441 Wolf Ledges Parkway, Ste. 403
Akron, OH 44311

James D. Jindra
Regional EEO Officer
VA ORM
151 Knollcroft Road, Bldg. 16
Lyons, NJ 07939


_____
Vannetta L. Thornton
Legal Clerk



UNITED STATES POSTAGE

$ 00.46⁰

PITNEY BOWES

02 1A
0004601352   MAR 27 2013
MAILED FROM ZIP CODE 44199

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
CLEVELAND FIELD OFFICE
1240 E. NINTH STREET, SUITE 3001
CLEVELAND, OH 44199

Lisa M. Clark, Es.
Patrick Watts, Esq.
VA – Office of Regional Counsel
441 Wolf Ledges Parkway, Ste. 403
Akron, OH 44311

44311S1052 C052

Z.M.C.
3/28/15