UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PAULA M. LELIGDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT A. MCDONALD, | ) | |
| SECRETARY, | ) | Case No. 1:14-cv-02810 |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF VETERANS' AFFAIRS | ) | |
| Louis Stokes Cleveland VA Medical Center | ) | JUDGE DONALD NUGENT |
| 10701 East Boulevard, | ) | |
| Cleveland, Ohio 44106 | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF LISA CLARK
PURSUANT TO 28 U.S.C. § 1746

I, Lisa Clark, make the following declaration in lieu of an affidavit, as permitted by 28 U.S.C. § 1746:

1. I occupy the position of Staff Attorney, Office of Regional Counsel, Region 7, Department of Veterans Affairs (VA).

2. The VA has no record that Paula Leligdon has filed any complaint with the Office of Special Counsel.

3. The VA has no record that Paula Leligdon has filed any complaint with the Merit Systems Protection Board.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 13th day of March, 2015.

_____
Lisa Marie Clark, Staff Attorney