# Richard Renner

| | |
|---|---|
| From: | Clark, Lisa Marie (OGC) <Lisa.Clark4@va.gov> |
| Sent: | Friday, April 24, 2015 14:23 |
| To: | Richard Renner |
| Subject: | Ms. Paula Leligdon |

Mr. Renner:

I was notified by DOj that you believed you had sent me a response letter regarding the proposed suspension of Ms. Leligdon.

Please note I did not receive an email from you last week or this week.  In looking at the email forwarded by DOJ, it appears you did not send it to my correct email address.

Also, employees, such as Ms. Leligdon, are responsible for the delivery of any written reply regarding a proposed administrative action.  Perhaps, in assisting Ms. Leligdon in writing the response, you could then send it to her and she can forward it on to the appropriate person, in this case I believe it was her second level supervisor.

Additionally, per the suspension decision letter, Ms. Leligdon has 10 days I believe to appeal that decision.  You may wish to have her send an email, per the instructions in the letter, to give notice of her appeal.  She can request on appeal that the misdirected written reply be considered.

Thank you.


Lisa Marie Clark, Esq.
Office of Regional Counsel, Region 7
Department of Veterans Affairs
441 Wolf Ledges Parkway, Suite 403
Akron, OH  44311
**Cell 440-241-0374**
**Direct Dial *216 707-7036 ext. 1202***
            **Or   *304-262-7782***
**FAX  330-258-8105**