**Department of
Veterans Affairs**                    **Memorandum**

Date:   May 11, 2015

From:   Chief, Social Work Service 122(W)

Subj:   Informal Grievance Decision

To:     Paula Leligdon, LISW-S

1.  This correspondence is in reference to the Appeal and Informal Grievance I received from you on Friday, May 1, 2015, regarding your seven (7) calendar day suspension.

2.  In your written response you addressed the following points as it relates to the charges outlined in the Proposed Suspension letter, dated March 30, 2015, delivered to you on April 2, 2015.

Charge I. *Failure to Follow Instructions*: I did not find your response relevant as an appeal to the charges as stated in Specifications 1, 2, and 3.

Charge II: *Conduct Unbecoming a Federal Employee*: After reviewing your response to this charge, I did not find a sufficient explanation in your informal grievance which addressed the charge as stated.

Charge III: *Making False or Unfounded Statements*: I have reviewed your response to this charge in your informal grievance, and did not find a satisfactory explanation which addressed the charge.

Charge IV: *Disrespectful Conduct*: After reviewing your response to Specifications of this charge, 1, 2, 3, 4, 5 and 6, I do not find a sufficient explanation for your appeal to this charge.

Charge V: *Lack of Candor*: I have reviewed your appeal response to this charge. I did not find a substantive explanation for your behavior regarding this charge which would lead me to change my decision.

Charge VI: *Failure to Follow Leave Procedures*: I considered your appeal/informal grievance response to this charge, but I failed to find a relevant explanation for your behavior in regard to your leave requests and leave use.

Charge VII: *Insubordination:* I have reviewed your response to this charge regarding the lack of cooperation on your part in meeting with your supervisor as requested. I failed to find a relevant explanation for your behavior regarding this charge.

VA FORM   2105
MAR 1989

3. I have reviewed the contents of your file and have given your arguments close and careful consideration. Based on the reasons as stipulated in the aforementioned paragraphs, I find the discipline is justified and within the range of reasonableness. Thus, I have decided to sustain the seven (7) calendar day suspension.

4. If you wish to file a formal grievance, you have ten (10) calendar days from the date you receive this decision. Your formal grievance may be directed to Dr. Murray Altose, Chief of Staff, and Antonio Suarez, Chief of Employee and Labor Relations, Human Resources Management Service. The procedures for filing a formal grievance are outlined in Medical Center Policy 005-031, Agency Grievance Procedures.

Joseph T. Aquilina

VA FORM 2105
MAR 1989