UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAULA M. LELIGDON, | ) | CASE NO.: 1:14CV2810 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT McDONALD, | ) | |
| Secretary, United States Department of | ) | NOTICE OF SERVICE OF |
| Veterans Affairs, | ) | DEFENDANT'S SECOND SET OF |
| | ) | INTERROGATORIES PROPOUNDED |
| Defendant. | ) | TO PLAINTIFF PAULA LELIGDON |

Now comes Defendant, Robert McDonald, Secretary of Veterans Affairs, by and through its undersigned counsel, and hereby gives notice of service of Defendant's Second Set of Interrogatories Propounded to Plaintiff Paula Leligdon upon Plaintiff's Counsel Richard R. Renner on May 18, 2016, via regular, first-class U.S. Mail, postage pre-paid and electronic mail.

        Respectfully submitted,

        CAROLE S. RENDON
        Acting United States Attorney
        Northern District of Ohio

By:  /s/ Erin E. Brizius
     Lisa Hammond Johnson(#0061681)
     Erin E. Brizius (#0091364)
     Assistant United States Attorneys
     United States Court House
     801 West Superior Ave., Suite 400
     Cleveland, Ohio 44113
     216-622-3679 – Hammond Johnson
     216-622-3670 - Brizius
     216-522-4982 - Fax
     Lisa.Hammond.Johnson@usdoj.gov
     erin.e.brizius2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2016, the foregoing *Notice of Service of Defendant's Second Set of Interrogatories Propounded to Plaintiff Paula Leligdon* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Erin E. Brizius
Erin E. Brizius
Assistant U.S. Attorney