UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAULA M. LELIGDON, | ) | CASE NO.: 1:14CV2810 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT McDONALD, | ) | |
| | ) | <u>FEDERAL DEFENDANTS MOTION</u> |
| Defendant. | ) | <u>FOR SUMMARY JUDGMENT</u> |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant, Robert McDonald, Secretary of Veterans Affairs ("VA"), hereby moves this Court for summary judgment in its favor. Defendant is entitled to summary judgment because there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law. Plaintiff has failed to exhaust her administrative remedies with regard to her claim of gender discrimination, has failed to establish a prima facie case with regard to the majority of her claims, and cannot show that Defendant's legitimate, non-discriminatory reasons for its actions were pretextual.

The reasons for this motion are more fully set forth in the attached memorandum in support, which is incorporated herein by reference.

        Respectfully submitted,

        CAROLE S. RENDON
        Acting United States Attorney
        Northern District of Ohio


By:  /s/ Lisa Hammond Johnson
      Lisa Hammond Johnson(#0061681)
      Erin E. Brizius (#0091364)
      Assistant United States Attorneys
      United States Court House
      801 West Superior Ave., Suite 400
      Cleveland, Ohio 44113
      216-622-3679 – Hammond Johnson
      216-622-3670 - Brizius
      216-522-4982 - Fax
      Lisa.Hammond.Johnson@usdoj.gov
      Erin.E.Brizius2@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2016, the foregoing *Federal Defendants Motion for Summary Judgment and Memorandum in Support* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Lisa Hammond Johnson
        Lisa Hammond Johnson
        Assistant U.S. Attorney