UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-3060
_____

Filed: February 2, 2018

PAULA M. LELIGDON, aka Patricia M. Leligdon

    Plaintiff - Appellant

                                                                                                     1:14cv2810 - DCN

v.

DEPARTMENT OF VETERANS AFFAIRS, Secretary

    Defendant - Appellee


MANDATE

Pursuant to the court's disposition that was filed 12/11/2017 the mandate for this case hereby issues today.  Affirmed


COSTS: None